UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

Minutes of Proceedings before
**DONALD C. NUGENT**
United States District Judge

DATE: January 25, 2022

CASE NO. 1:21 CR 360

COURT REPORTER: Sarah Nageotte

SENTENCING

UNITED STATES OF AMERICA

-VS-

BRIAN ROSS

APPEARANCES: Plaintiff: Rob Kolansky
Defendant: Michael Kinlin
Pretrial/Probation: Biagio Giaimo

PROCEEDINGS: The Court adopts the Report and Recommendation on Plea of Guilty issued by Magistrate Judge William H. Baughman, Jr. (Doc. #36). The defendant is sentenced to the custody of the Bureau of Prisons to be imprisoned for a term of 33 months on each of Counts 1 through 6, to be served concurrently, and 60 months on Count 7, to be served consecutively to all other counts, for a total term of imprisonment of 93 months. The Court recommends Bureau of Prisons placement at Federal Correctional Institution Elkton, OH. Supervised Release is ordered for a term of 3 years with the standard/special conditions as directed. Special assessment is due in the total amount of $700.00. Forfeiture of U.S. Currency, Firearms and Ammunition to the United States is ordered. . The defendant is permitted to self surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the United States Marshal.

/s/ Steven L. Marshall
Courtroom Deputy

Length of Proceedings: 30 minutes